| | |
|---|---|
| **From:** | Richard Jackson <rcjackson83@outlook.com> |
| **Sent:** | Tuesday, July 11, 2023 3:24 PM |
| **To:** | Ruth O'Shea |
| **Subject:** | Request to Dismiss, Case 1:23-04393 |
| **Attachments:** | Screenshot_20230710_113246_Phone.jpg; Screenshot_20230705_003453_Chrome.jpg |

**CAUTION - EXTERNAL:**

Good Afternoon Deputy O'Shea,

My name is Richard C. Jackson. I am the Plaintiff in the above-captioned case. I'm contacting you because there appears to be some sort of mix-up with my filing(s) at the court, and I respectfully request this case be dismissed.

On July 3, 2023, I mailed out my packet to the US District Court, NDIL. See USPS screenshot. I have a PACER account, so when I logged in on the 6th and 7th of July, I didn't see the case uploaded. That led to me call the Court on July 7th and I spoke to a Clerk named Paula. See Call Screenshot. We spoke for nearly 6 minutes, as she was very helpful with researching the system to see if my complaint could be located. Unfortunately, she could not locate it. In light of that fact, I was under the impression that my complaint may have been misplaced so I came to the Courthouse later that same day to file the case personally. The case was docketed under Case 23-04393.

However, the packet I mailed on July 3rd was apparently located and docketed yesterday on July 10, 2023, under Case 23-04371. I do note that the date stamped is July 6, 2023, so I am not sure why Paula was unable to locate the case in the system when I called on July 7th. Additionally, the Court did not upload the requisite summons to the Parties. That indicates to me as a Pro Se filer, that the case did NOT have the summons mailed in (they were) and as a result were not uploaded to PACEER. Today, I e-mailed the Court the requisite summons after speaking to Travis (Supervisor) on the phone. I am waiting for confirmation that the Parties were served electronically.

There is the issue though, for this case with Judge Pacold. I filed this case personally and received the stamped and sealed summons' to serve the Parties via Process Server. Yet, the case is still not uploaded to PACER so I was not able to send my process server a copy of the complaint to go along with the summons anyway. To avoid the appearance of "Judge shopping" as Mr. Travis put it (and I agree), I was advised the first docketed filing under Case 23-04371 should be the one I keep.

So with that being said Deputy O'Shea, I was respectfully requesting a refund for this case with Judge Pacold. The Process Server is already in receipt of the summons. They were simply waiting for a copy of the complaint. Before I inform the Process Server to destroy the summons that I mailed via FedEX, I wanted to be clear that this case would be dismissed. This is my first Pro Se filing in federal court so I am not sure what the process is for dismissing what is essentially a duplicate filing. If you would be so kind to advise what is needed I would be grateful.

I do hope the refund is possible but if not I understand. I hope to hear from you. Thank you in advance and have a great evening.

Respectfully,
Richard C. Jackson

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

(312) 435-5671

Add note ✎







July 7

↗ 10:49

Outgoing call, 5 mins 41 sec

**Tracking Number:**

# 9505510441023184351959

 Copy     Add to Informed Delivery

## Expected Delivery on

**WEDNESDAY**

**5** July 2023 ⓘ

between

**8:00am and 12:00pm** ⓘ

Your item arrived at the hub at 6:06 am on July 4, 2023 in CHICAGO, IL 60699.