# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Richard Cornelius Jackson | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23 C 4393 |
| v. | ) | |
| | ) | Hon. Martha M. Pacold |
| U.S. Citizenship and Immigration Services, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to Plaintiff's email dated July 11, 2023 [5], the Clerk's Office opened two cases on plaintiff's behalf (23-cv-4371 and 23-cv-4393). Plaintiff's request to have this case dismissed and a refund of the filing fee is granted. The Clerk of Court is directed to terminate this case, and refund plaintiff the filing fee of $402.00.

Date: July 13, 2023                                       /s/ Martha M. Pacold